62

THE STATE OF OHIO, APPELLANT, *v.* SEIBERS, APPELLEE.

[Cite as State *v.* Seibers (1991), 60 Ohio St. 3d 62.]

(No. 90-2486—Submitted May 6, 1991—Decided May 29, 1991.)

This cause is reversed on authority of *State* v. *McGlone* (1991), 59 Ohio St. 3d 122, 570 N.E. 2d 1115, and *State* v. *Cleary* (1986), 22 Ohio St. 3d 198, 22 OBR 351, 490 N.E. 2d 574.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.